No. 12–0578/AR. U.S. v. Randy A. Krystyan. CCA 20110014. On consideration of Appellant's motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to July 12, 2012.

No. 12–8024/AR. Kenneth A.R. Pinkela, Appellant v. Michael J. Hargis, Colonel, USA, JA Military Judge and the United States, Appellees. On consideration of Appellant's motion to attach documents and motion to supplement petition, it is ordered that said motions are hereby granted.

No. 12–8027/AR. Center for Constitutional Rights, et al., Appellants v. United States and Colonel Denise Lind, Military Judge, Appellees. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief and a supporting memorandum of law were filed under Rule 27(b) this date.